**Order entered May 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00561-CV

**BALTASAR D. CRUZ, Appellant**

**V.**

**JAMES VAN SICKLE, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09275**

## ORDER

The Court has before it appellant's unopposed motion to designate court reporter's record and clerk's record in cause no. 05-13-00191-CV for use as court reporter's record and clerk's record in this cause number. We **GRANT** the motion and **DIRECT** the Clerk of the Court to designate the clerk's record and reporter's record in cause number 05-13-00191-CV, styled *Baltasar D. Cruz v. James Van Sickle, et al.*, for use as the clerk's record and reporter's record in this cause. We **ORDER** appellant to arrange for the filing of any supplemental clerk's record or supplemental reporter's record within thirty days of the date of this order.

/s/     ELIZABETH LANG-MIERS
          JUSTICE